PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Jan 13, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN GALLEGOS,<br>MALACHAI SERRANO,<br>ANDRES PEREZ,<br>JESUS ANGULO<br><br>　　　　　　　Defendants. | CASE NO. 1:21-mj-00144-EPG<br><br>ORDER FILING COMPLAINT, ARREST WARRANTS AND REDACTED AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above-mentioned case be unsealed but that the previously filed complaint remain under seal. IT IS FURTHER ORDERED that the redacted complaint submitted by the United States be filed on the public docket.

Dated:　1/13.2022

*Sheila K. Oberto*
The Honorable Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE